[No. 26548–2–I. Division One. August 5, 1991.]

RANDY CARTER, ET AL, *Appellants,* v. JOHN FARRELL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King

County, No. 89-2-19984-0, James J. Dore, J., entered July 4, 1990. *Remanded* by unpublished opinion per Scholfield, J., concurred in by Grosse, C.J., and Coleman, J.